**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6222**

———————

JAMES ROBERT RICE,

                              Petitioner - Appellant,

        versus

DAN L. DOVE, Warden of FCI, Edgefield; UNITED
STATES OF AMERICA,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-01-507-9-23)

———————

Submitted:  July 9, 2002            Decided:  July 18, 2002

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Melisa W. Gay, Mount Pleasant, South Carolina, for Appellant.  J.
Strom Thurmond, Jr., United States Attorney, Barbara M. Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Robert Rice appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rice v. Dove, No. CA-01-507-9-23 (D.S.C. Jan. 17, 2002); see also San-Miguel v. Dove, 291 F.3d 257 (4th Cir. 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED